IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-5790 |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 14th day of February 2020, upon considering the Complaint (ECF Doc. No. 2) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

2. Plaintiff's Complaint (ECF Doc. No. 2) is **DISMISSED** in its entirety with:

   a. Plaintiff's federal claims are **DISMISSED with prejudice** for failing to state a claim;

   b. Plaintiff's state law claim is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

3. We **deny** Plaintiff leave to amend his Complaint as futile;

4. We **deny** Plaintiff's request for ECF filing (ECF Doc. No. 4) as moot; and,

5. The Clerk of Court shall **close** this case.

KEARNEY, J.