IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SERGEI KOVALEV** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-5790 |
| | : |
| **CITY OF PHILADELPHIA,** *et al.* | : |

## ORDER

**AND NOW**, this 4th day of March 2020, upon considering the Waiver of service (ECF Doc. No. 9), our February 14, 2020 Memorandum (ECF Doc. No. 7) and Order dismissing the Complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (ECF Doc. No. 8), it is **ORDERED** the March 2, 2020 Waiver of service (ECF Doc. No. 9) is **STRICKEN**.

KEARNEY, J.