IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>   Defendants. | CIVIL ACTION<br><br>No: 2:19-cv-05790 |

## ACCEPTANCE OF SERVICE

I accept service of the Notice of Appeal for the above-stated case on behalf of Defendants:

CITY OF PHILADELPHIA,
PHILADELPHIA DEPARTMENT OF REVENUE,
PHILADELPHIA TAX REVIEW BOARD,
PHILADELPHIA OFFICE OF ADMINISTRATIVE REVIEW,
PHILADELPHIA SHERIFF'S OFFICE,
PHILADELPHIA LAW DEPARTMENT,
PAULA WEISS,
YOLANDA KENNEDY,
ANGELINEL BROWN,
FRANCIS BRESLIN,
AGOSTINO J. FANELLI,
NANCY A. KAMMERDEINER,
MEGHAN E. CLAIBORNE
SHANNON G. ZABEL

and certify that I am authorized to do so.

Dated: March 2 , 2020

Defendant, or Authorized Agent:

Print Name: Marli Reid

Signature: Marli Reid

Mailing Address: City of Philadelphia Law Department, 1515 Arch St, 14th Floor, Philadelphia, PA 19102